COMMONWEALTH *vs.* PATRICK CLEARY.

A conviction may be had for keeping liquor with intent to sell the same in violation of the St. of 1869, c. 415, § 36, although the keeping was only on a single occasion.

COMPLAINT under the St. of 1869, c. 415, § 36, for keeping intoxicating liquor with intent to sell the same contrary to law.

At the trial in the superior court, before *Wilkinson*, J., the evidence on which the Commonwealth relied was, that two state constables found a small quantity of liquor in the defendant's house, under circumstances tending to show that it was for sale. The defendant requested the judge to instruct the jury, that " the mere fact of having liquor in his possession on a single occasion was not sufficient to warrant them in finding the defendant guilty, but that the possession must be frequent or continuous, or so continuous as to constitute a business, to make it an illegal keeping under the statute;" and the judge declined so to instruct them. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*S. R. Townsend*, for the defendant.

*C. Allen*, Attorney General, for the Commonwealth.

BY THE COURT. The possession is sufficient, if it be only on a single occasion and for a short time. *Exceptions overruled.*